IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BENITO CARDENAS-HERNANDEZ                                    PLAINTIFF

    v.                    Civil No. 06-2151

OFFICER MCHENRY; SGT. RITTER;
SGT. MOORE; OFFICER PRUITT;
SHERIFF FRANK ATKINSON; and
NURSE CRYSTAL REED                                           DEFENDANTS

## ORDER

Now on this 7th day of October 2008, there comes on for consideration the report and recommendation filed herein on July 14, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 50). The Court previously granted Plaintiff extensions of time on two occasions to file written objections to the report and recommendation. The most recent extension was through September 29, 2008, and Plaintiff has failed to file timely objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, judgment is entered in favor of Defendants, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge

AO72A
(Rev. 8/82)